**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1731**

EMMA KATHY LOVE,

              Plaintiff - Appellant,

        v.

CAROLYN W. COLVIN,

              Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  James A. Beaty, Jr.,
Senior District Judge.  (1:07-cv-00648-JAB-LPA)

Submitted:  January 29, 2015          Decided:  April 3, 2015

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason L. Wilson, FOLEY & WILSON PLLC, Greensboro, North
Carolina, for Appellant.  Ripley Rand, United States Attorney,
Greensboro, North Carolina; Lisa G. Smoller, Special Assistant
United States Attorney, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emma Kathy Love appeals the district court's order adopting the magistrate judge's recommendation and upholding the Commissioner's denial of Love's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>Love v. Colvin</u>, No. 1:07-cv-00648-JAB-LPA (M.D.N.C. May 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>